Gertrude N. Ngamga Kamtchoum, Esq. (Bar ID. 1660199)
**NGAMGA-K LAW PLLC**
300 New Jersey Avenue, NW -Suite 900
Washington, DC 20001
(202) 469-3455
gngamga@ngamgalaw.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | : | **Case No. 24-00255-ELG** |
| **Celeste Rita Riley, Md,** | : | **Chapter 13** |
| **Debtor** | : | |
| _____: | | |

### DEBTOR'S OPPOSITION TO THE TRUSTEE'S MOTION TO DISMISS

COMES NOW Debtor, Celeste Rita Riley, Md (the "Debtor") in the above-captioned matter, by and through the undersigned counsel, objects to the Trustee's Motion seeking to dismiss Debtor's bankruptcy case pursuant to 11 U.S.C. §109(e) for failure to qualify for relief under Chapter 13, and in support thereof, respectfully states as follows:

1.      On August 29, 2024, Debtor filed amended schedule E/F (ECF 28), the Summary of Assets and Liabilities (ECF 27), and the Amended Chapter 13 Plan (ECF 30).

2.      Debtor's debts after the Amendments are as follows: Schedule D $732,464.00; Schedule E $5,914.69; and Schedule F $54,996.17.

3.      Based on the Debtor's Amended Summary of Assets and Liabilities; the unsecured debt is $60,910.86 and the unsecured debt is $732,464.00; for a total liability of 793,374.86, which is less than the debt limits of the code. Debtor is qualified for protection under Chapter 13 or eligible to be a Chapter 13 debtor.

4.      The Court has the discretion to deny a motion to dismiss if the Debtor has taken steps to amend the bankruptcy plan and schedules to address any deficiencies.

5.      Here, Debtor has taken the appropriate steps to amend the schedules and plan; and

dismissal would not be justified under the circumstances.

WHEREFORE, Debtor prays that this honorable Court deny Trustee's Motion to

Dismiss.

Respectfully submitted,

**NGAMGA-K LAW PLLC**

*/s/ Gertrude N. Ngamga Kamtchoum*
Gertrude Ngamga Kamtchoum, Esq. (Bar ID. 1660199)
300 New Jersey Avenue, NW - Suite 900
Washington, DC 20001
(202) 469-3455
gngamga@ngamgalaw.com
*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this **29th** day of **August, 2024**, a true copy of the

Debtor's Opposition to the Trustee's Motion to Dismiss was served *via* CM/ECF and U.S. Mail,

first class, postage prepaid on:

**Rebecca A. Herr**
**Chapter 13 Trustee**
**Benjamin J. Beatty, Bar No. MD0143**
**185 Admiral Cochrane Drive- Suite 240**
**Annapolis, MD 21401**
**301-805-4700**
**bbeatty@ch13md.com**

*/s/ Gertrude N. Ngamga Kamtchoum*
Gertrude N. Ngamga Kamtchoum
N**GAMGA-K LAW PLLC**
300 New Jersey Avenue, NW - Suite 900
Washington, DC 20814
(202) 469-3455
gngamga@ngamgalaw.com
*Counsel for the Debtor*