**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | : | |
|     **Celeste Rita Riley, MD,** | : | Case No. 24-00255-ELG |
| | : | Chapter 13 |
| | : | |
|     **Debtor,** | : | |
| _____ | : | |

**NOTICE OF MOTION TO WITHDRAW INADVERTENTLY FILED DOCUMENT CONTAINING PRIVILEGED INFORMATION AND TO SEAL SAID DOCUMENT**

Debtor, Celeste Rita Riley, MD has filed the following motion with the Court:

**Motion to Withdraw Inadvertently Filed Document Containing Privileged Information and to Seal Said Document**

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above-referenced motion, or if you want the court to consider your views on the motion and your objection, then or before **March 13, 2025.**

You or your attorney must:

File with the Court a written objection explaining your position at:

        **United States Bankruptcy Court
        3rd and Constitution Ave., NW
        Washington, DC 20001**

You must also mail a copy to: The name and address listed at the bottom of this Notice unless they are served by electronic notice; and

attend the hearing scheduled to be held *via* Zoom or in person on **March 20, 2025, at 10:00 a.m**. if you file an objection.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION and:**

    **1.** **WILL ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION.**

    **2.** **WILL STRIKE THE ABOVE-SCHEDULED HEARING WITHOUT FURTHER NOTICE.**

        Respectfully submitted,

        **NGAMGA-K LAW PLLC**

        /s/ Gertrude Ngamga Kamtchoum
        Gertrude Ngamga Kamtchoum, Esq. (Bar ID. 1660199)
        300 New Jersey Avenue, NW- Suite 900
        Washington, DC 20001
        (202) 469-3455
        gngamga@ngamgalaw.com
        *Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | : | |
| **Celeste Rita Riley, MD,** | : | **Case No. 24-00255-ELG** |
| | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor,** | : | |
| _____ | : | |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on this **20th** day of **February, 2025**, a true copy of the foregoing Notice of Motion for Motion to Withdraw Inadvertently Filed Document Containing Privileged Information and to Seal Said Document, was served *via* CM/ECF and electronic mail to:

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this **20th** day of **February, 2025**, a true copy was served *via* CM/ECF and U.S. Mail, first class, postage prepaid on:

Paulette E. Chapman, Esq.
Julie H. Heiden, Esq.
Colby M. Kus, Esq.
KOONZ McKENNEY JOHNSON &
DEPAOLIS LLP
2001 Pennsylvania Avenue, NW – Suite 530
Washington, DC 20006
pchapman@koonz.com
jheiden@koonz.com
ckus@koonz.com

Rebecca A. Herr
Chapter 13 Trustee
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MW 21401
bbeatty@ch13md.com
*Bankruptcy Trustee*

3

Celeste Rita Celeste, MD
5514 Mac Arthur Blvd, NW
Washington D.C. 20016
Debtor in Bankruptcy Action and
Defendant in DC Superior Court Action
(served *via* mail)

Daniel A. Brown, Esq.
Brown & Kiely LLP
4915 Sr. Elmo, Ave., Ste. 510
Bethesda, MD 20814
dbrown@brownkielylaw.com
*Attorney for Plaintiffs in DC Superior Court Action*

David A. Levie, Esq. (D.C. Bar No. 1034550)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
dalevie@venable.com
202-344-8300 Fax

-and-

Thomas L. Cardonna, Esq. (*Admitted Pro Hac Vice*)
Sarah A. Milunski, Esq. (*Admitted Pro Hac Vice*)
Lewis Rice LLC
600 Washington Avenue – Suite 2500
St. Louis, MO 63101-1311
tcaradonna@lewisrice.com
smilunksi@lewisrice.com
(314) 444-7693 Telephone
(314) 612-7693 Fax
*Counsel for Defendant Lab Corp. of America &*
*Lab Corp of America Holdings in DC Superior Court Action*

Joseph M. Aliberti, Esq.
Law Offices Joseph M. Aliberti
4340 Von Karman Avenue
Suite 290
Newport Beach, CA 92660
jma@alibertilaw.com
*Counsel for Defendant Celeste R. Riley MD &*
*Riley Medical Services LLC in DC Superior Court Action*

4

/s/ *Gertrude Ngamga Kamtchoum*
Gertrude Ngamga Kamtchoum, Esq. (Bar ID. 1660199)
300 New Jersey Avenue, NW-Suite 900
Washington, DC 20001
(202) 469-3455
gngamga@ngamgalaw.com
*Counsel for Debtor, Celeste Rita Riley, MD*

5